UNITED STATES DISTRIC, _
ALBUQUERQUE, NEW MEXICO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

APR - 8 2025

*KHS*

MITCHELL R. ELFERS
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>**KENDRICK HARVEY,**<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CRIMINAL NO. *25 - 717 KG*<br><br>Count 1: 18 U.S.C. §§ 1153 and 113(a)(6):  Assault Resulting in Serious Bodily Injury;<br><br>Counts 2-3: 18 U.S.C. § 1153 and N.M. STAT. ANN. § 30-6-1(D): Abandonment and Abuse of a Child, Recklessly Caused. |

## INDICTMENT

The Grand Jury charges:

### Count 1

On or about September 16, 2024, in Indian Country, in McKinley County, in the District of New Mexico, the defendant, **KENDRICK HARVEY**, an Indian, assaulted Jane Doe 1, and the assault resulted in serious bodily injury.

In violation of 18 U.S.C. §§ 1153 and 113(a)(6).

### Count 2

On or about September 16, 2024, in Indian Country, in McKinley County, in the District of New Mexico, the defendant, **KENDRICK HARVEY**, an Indian, and parent of John Doe, a minor under the age of 18, knowingly, recklessly, and without justifiable cause, shoved John Doe into a doorknob, causing John Doe to be placed in a situation that may have endangered the life and health of John Doe.

In violation of 18 U.S.C. § 1153(b) and N.M. STAT. ANN. § 30-6-1(D).

Count 3

On or about September 16, 2024, in Indian Country, in McKinley County, in the District of New Mexico, the defendant, **KENDRICK HARVEY**, an Indian, and parent of Jane Doe 2, a minor under the age of 18, knowingly, recklessly, and without justifiable cause, struck Jane Doe 2 with a closed fist, causing Jane Doe 2 to be placed in a situation that may have endangered the life and health of Jane Doe 2.

In violation of 18 U.S.C. § 1153(b) and N.M. STAT. ANN. § 30-6-1(D).

A TRUE BILL:

/S/

FOREPERSON OF THE GRAND JURY

Assistant United States Attorney